# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROCKY L. FREEMAN,** | : CIVIL ACTION NO. 1:16-CV-2422 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **UNITED STATES OF AMERICA,** *et al.*, | : |
| Defendants | : |

## **ORDER**

AND NOW, this 19th day of September, 2018, upon consideration of defendants' amended motion (Doc. 47) to dismiss or, in the alternative, for summary judgment, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 47) for summary judgment is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of the United States and against plaintiff on the FTCA claim.

3. The Clerk of Court is directed to ENTER judgment in favor of defendant Joseph Lincalis and against plaintiff on the <u>Bivens</u> claim.

4. The action against John D. McCarthy, Stephen L. Brighton, and James M. Fox is DISMISSED pursuant to Federal Rule of Civil Procedure 4(m).  <u>See</u> FED. R. CIV. P. 4(m).

5. The Clerk of Court is directed to CLOSE this case.

6. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania